No. 371. GAYNOR NEWS CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari granted. *Harry S. Bandler* and *Julius Kass* for petitioner. *Acting Solicitor General Stern, George J. Bott, David P. Findling, Mozart G. Ratner* and *Frederick U. Reel* for respondent.

No. 498. MARYLAND CASUALTY CO. ET AL. *v.* CUSHING ET AL. C. A. 5th Cir. Certiorari granted. *Eberhard P. Deutsch* for petitioners. *James J. Morrison* for respondents.

No. 517. BARROWS ET AL. *v.* JACKSON. District Court of Appeal of California, Second Appellate District. Certiorari granted. *Charles Leland Bagley* for petitioners. *Loren Miller* and *Franklin H. Williams* for respondent. Briefs of *amici curiae* urging that the petition be granted were filed by *G. L. Seegers* for the Marcus Avenue Improvement Association et al.; and by *John W. Preston* for Affiliated Neighbors et al.

No. 567. FEDERAL COMMUNICATIONS COMMISSION *v.* RCA COMMUNICATIONS, INC.; and

No. 568. MACKAY RADIO & TELEGRAPH CO., INC. *v.* RCA COMMUNICATIONS, INC. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Solicitor General Cummings* and *Benedict P. Cottone* for petitioner in No. 567. *John W. Davis, James A. Kennedy, John F. Gibbons, Burton K. Wheeler, Ralph M. Carson* and *Robert G. Seats* for petitioner in No. 568. *John T. Cahill* and *Howard R. Hawkins* for respondent.